UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BRIAN ANTHONY JUDGE, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:11-CV-119-F |
| ) | |
| REBECCA LYNN WILLIAMS, ) | |
|     Respondent. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated August 25, 2011, the Petitioner's Application for Award of Expenses is ALLOWED, and Petitioner Brian Anthony Judge hereby is awarded $4,648.70 against Respondent Rebecca Lynn Williams.

**FURTHER**, the court has awarded Judge all the relief he may seek under his Petition. Accordingly the Clerk of Court is DIRECTED to enter final judgment and close this case.

**This Judgment Filed and Entered on May 21, 2012, and Copies To:**

Jennifer B. Lyday  (Via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| May 21, 2012 |   /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |